JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DISTRICT

| | |
|---|---|
| ANDREA M. BARUQUI,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>COSTCO WHOLESALE CORPORATION; AMS PAVING, INC., a California corporation; and DOES 1 TO 10,<br><br>　　　Defendants. | Case No: EDCV 22-1234-MWF (KKx)<br><br>**ORDER GRANTING JOINT STIPULATION BY THE PARTIES REGARDING DIVERSITY AND TO REMAND THE MATTER** |

### ORDER

The Parties to the above-referenced action filed a Joint Stipulation regarding Diversity and to Remand the Matter. (Docket No. 13). The Court, having reviewed the Stipulation, and good cause appearing therefor, ORDERS as follows:

1. The Joint Stipulation re: Diversity and Remand shall be deemed a judicial admission by Defendant that although diversity exists, the Removal procedures were initiated after the one year rule.

2. As diversity jurisdiction is not present and is thus insufficient to maintain original subject matter jurisdiction under 28 U.S.C., § 1332(a), Eastern District

-1-

of California Case Number 25:22-CV-1234-MWF-KK, styled <u>Andrea M. Baruqui  v. Costco Wholesale Corporation; and DOES 1 through 50 inclusive,</u> is hereby remanded to the Los Angeles County Superior Court.

3. The Parties shall bear their own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this Stipulation and corresponding Order.

4. No sanctions will be requested by plaintiff or her counsel.

5. This action is REMANDED to the Los Angeles County Superior Court.

IT IS SO ORDERED.

Dated: September 2, 2022              _____
                                                      MICHAEL W. FITZGERALD
                                                     United States District Judge